IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DIONNE SMITH and ROY R. SMITH,

                                                               JUDGMENT IN A CIVIL CASE

     Plaintiffs,

                                                        15-cv-91-jdp

v.

JULIA ATLAS,

     Defendant.

     This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Julia Atlas granting her motion to dismiss and dismissing this case for failure to state a claim and for lack of subject matter jurisdiction.

     /s/                                                         2/18/2016

  Peter Oppeneer, Clerk of Court                         Date